**Order filed  June 12, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00330-CV

———————

### IN THE INTEREST OF C.J.S. and S.G.B., JR.,  Children

---

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-09041J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case").  Appellant's brief was due **May 28, 2012.**  No brief has been filed.

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

PER CURIAM